# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Ashley Marie Miller** DOB: 1997; United States<br>**Sebastion Adrian Dahl** DOB: 1996; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-00350MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii) ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about April 23, 2020, in the District of Arizona, **Ashley Marie Miller** and **Reno Esquer-Tacho**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal alien, namely Maria Patricia Pena-Alvarado, and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about April 23, 2020, in the District of Arizona (Tombstone), United States Border Patrol Agents (BPA) encountered a red 1998 Volvo S70 at the SR-80 checkpoint with a young female driver and a young male passenger. The driver was identified as **Ashley Marie Miller** and the passenger as **Sebastion Adrian Dahl**. While the BPA was attempting to make contact with **Miller** by asking her to roll down the window, the vehicle begin to move forward. The BPA yelled "stop." The BPA questioned **Miller** and **Dahl** started to answer for **Miller**. The vehicle was referred to secondary. While in secondary, **Dahl** freely said "I did not want to do it" as he began to sit down. The BPA asked **Dahl** if there was someone in the trunk and he said yes. A K-9 alerted to the trunk of the vehicle and the BPA discovered one illegal alien hiding in the trunk.

Material witness Maria Patricia Pena-Alvarado said she had arranged to be smuggled into the United States for money. Pena said she crossed the border illegally and was transported to a house. Pena said that today, she was transported to an unknown where an old red car was waiting on the side of the road. There was a female driver and a male passenger in the red car. The passenger opened the back door and told her get in. She got into the trunk of the car through the back seat because it was opened. The passenger closed the seat leaving her locked in the trunk. Pena said she was in the trunk approximately one hour and a half before they were arrested by BPA.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Maria Patricia Pena-Alvarado

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA Digitally signed by RICARDO ISLAVA Date: 2020.04.24 11:46:22 -07'00' |
|---|---|
| Sworn by telephone _x_ | OFFICIAL TITLE<br>BPA Ricardo H. Islava |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 24, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54